UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 06-20139-CR-MIDDLEBROOKS(s)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIER CAMACHO-BENITEZ, et. al.

       Defendant.
_____/



## ORDER GRANTING DEFENDANT CAMACHO'S EXPARTE MOTION FOR INVESTIGATIVE SERVICES

THIS CAUSE is before the Court upon Defendant's Exparte Motion for Investigative Services [DE 675]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is Granted. Investigative services up to $1000.00 are authorized.

DONE and ORDERED in _____, Florida this 30 day of July, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to:
Hugo A. Rodriguez, Esq.